## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **AIRICA STEED, ED.D.,** | ) | CASE NO. 1:25-cv-00443-PAB |
| | ) | |
| **Plaintiff,** | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | WAIVER OF SERVICE OF |
| | ) | SUMMONS |
| **THE METROHEALTH SYSTEM, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

TO: ADRIAN THOMPSON, ESQ.
     Attorney for Defendant, Sonja Rajki
     Taft Law
     200 Public Square, Suite 3500
     Cleveland, Ohio 44114
     (216) 241-2838
     athompson@taftlaw.com

     I, or the individual I represent, agree to save the expense of serving a summons and complaint on Defendant Sonja Rajki in this case.

     I understand that I, or the individual I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of this action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the individual I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 4, 2025, the date when this request was sent. If I fail to do so, a default judgment could be entered against me or the individual I represent.

Name of party waiving service of summons: <u>SONJA RAJKI</u>

Individual signing on behalf of party waiving service of summons: <u>Adrian Thompson</u>

Relationship to party waiving service of summons: <u>Attorney for Defendant Sonja Rajki</u>

Signature: _____

Printed Name: <u>Adrian D. Thompson</u>

Address: <u>Taft Stettinius & Hollister, LLP</u>
<u>200 Public Square, Suite 3500</u>
<u>Cleveland, Ohio 44114</u>

Telephone: <u>(216) 706-3912</u>

E-Mail: <u>athompson@taftlaw.com</u>