**EXHIBIT A**



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Vernon Sykes | Charlie Winburn
Executive Director Angela Phelps-White

**March 6, 2025**  *Date Mailed: 03/06/2025*

Dr. Airica Steed                     Laura McBride
~~31251 Ainsworth Drive~~            ~~1115 Forest Road~~
Pepper Pike, Ohio 44124              Lakewood, Ohio 44107

## LETTER OF DETERMINATION
Dr. Airica Steed v. Laura McBride
CLEE4(010744)11052024

### FINDINGS OF FACT:
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, Charging Party requested a Notice of Right to Sue. As a result, the Commission is issuing a Notice of Right to Sue per Charging Party's request and administratively closing the case.

### DECISION:
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

Charging Party only: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

### NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

**EXHIBIT A**

FOR THE COMMISSION,

*Vera F. Boggs*
Vera F. Boggs
Regional Director
vera.boggs@civ.ohio.gov

cc: <u>Representatives for Charging Party</u>:
Todd C. Hicks, Esq.
Ezio A. Listati, Esq.
Elizabeth E. Collins, Esq.
Thrasher Dinsmore & Dolan, LPA
1282 West 58th Street
Cleveland, Ohio 44102

<u>Representative for Respondent</u>:
Adrian D. Thompson, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

# EXHIBIT A

## OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Vernon Sykes
Charlie Winburn



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging Party,** | ) |
| | ) |
| Dr. Airica Steed | ) |
| | ) |
| v. | ) Charge No. CLEE4(010744)11052024 |
| | ) |
| **Respondent,** | ) |
| | ) |
| Laura McBride | ) |
| | ) |

## NOTICE OF RIGHT TO SUE

    Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*Vera F. Boggs*
Vera F. Boggs
Cleveland Regional Director
615 W. Superior Ave., Suite 885
Cleveland, OH 44113
(216) 787-3150

Date mailed: **March 6, 2025**

**EXHIBIT A**



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Vernon Sykes | Charlie Winburn
Executive Director Angela Phelps-White

**March 6, 2025**                                                                                         *Date Mailed: 03/06/2025*

Dr. Airica Steed                                                   The MetroHealth System
31251 Ainsworth Drive                                      Attn: Corey Clay, Esq., Associate General Counsel
Pepper Pike, Ohio 44124                                   2500 MetroHealth Drive
                                                                             Cleveland, Ohio 44109

**LETTER OF DETERMINATION**
Dr. Airica Steed v. The MetroHealth System
CLEB4(010743)11052024; 22A-2025-00605*

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, Charging Party requested a Notice of Right to Sue. As a result, the Commission is issuing a Notice of Right to Sue per Charging Party's request and administratively closing the case.

**DECISION:**
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

Charging Party only: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

CLEVELAND REGIONAL OFFICE | 615 W. Superior Avenue, Suite 885, Cleveland, OH 44113
PHONE: 216-787-3150 | TOLL FREE: 1-888-278-7101
TTY: 800-750-0750 English | 888-269-0678 Spanish
www.civ.ohio.gov

FOR THE COMMISSION,

*Vera F. Boggs*
Vera F. Boggs
Regional Director
vera.boggs@civ.ohio.gov

cc: Representatives for Charging Party:  Representative for Respondent:
    Todd C. Hicks, Esq.                  Adrian D. Thompson, Esq.
    Ezio A. Listati, Esq.                Taft Stettinius & Hollister LLP
    Elizabeth E. Collins, Esq.           200 Public Square, Suite 3500
    Thrasher Dinsmore & Dolan, LPA       Cleveland, Ohio 44114-2302
    1282 West 58th Street
    Cleveland, Ohio 44102

# EXHIBIT A

## OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Vernon Sykes
Charlie Winburn



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging Party,**  )<br><br>Dr. Airica Steed  )<br>  )<br>v.  )<br>  )<br>**Respondent,**  )<br>  )<br>The MetroHealth System  )<br>  ) | **Charge No.** CLEB4(010743)11052024<br>22A-2025-00605 |

### NOTICE OF RIGHT TO SUE

    Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

FOR THE COMMISSION

*Vera F. Boggs*

Vera F. Boggs
Cleveland Regional Director
615 W. Superior Ave., Suite 885
Cleveland, OH 44113
(216) 787-3150

Date mailed: **March 6, 2025**



# EXHIBIT A

# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Vernon Sykes | Charlie Winburn
Executive Director Angela Phelps-White

**March 6, 2025**  *Date Mailed: 03/06/2025*

Dr. Airica Steed
31251 Ainsworth Drive
Pepper Pike, Ohio 44124

John Moss
2457 West 11th Street
Cleveland, Ohio 44113

### LETTER OF DETERMINATION
Dr. Airica Steed v. John Moss
CLEE4(010745)11052024

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, Charging Party requested a Notice of Right to Sue. As a result, the Commission is issuing a Notice of Right to Sue per Charging Party's request and administratively closing the case.

**DECISION:**
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

Charging Party only: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

**EXHIBIT A**

Dr. Airica Steed v. John Moss
CLEE4(010745)11052024
Page 2

FOR THE COMMISSION,

*Vera F. Boggs*
Vera F. Boggs
Regional Director
vera.boggs@civ.ohio.gov

cc: <u>Representatives for Charging Party</u>:
Todd C. Hicks, Esq.
Ezio A. Listati, Esq.
Elizabeth E. Collins, Esq.
Thrasher Dinsmore & Dolan, LPA
1282 West 58th Street
Cleveland, Ohio 44102

<u>Representative for Respondent</u>:
Adrian D. Thompson, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

# EXHIBIT A

## OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Vernon Sykes
Charlie Winburn



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging Party,**<br><br>    Dr. Airica Steed<br><br>v.<br><br>**Respondent,**<br><br>    John Moss | **Charge No.** CLEE4(010745)11052024 |

## NOTICE OF RIGHT TO SUE

    Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*Vera F. Boggs*
Vera F. Boggs
Cleveland Regional Director
615 W. Superior Ave., Suite 885
Cleveland, OH 44113
(216) 787-3150

Date mailed: March 6, 2025

# EXHIBIT A



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Vernon Sykes | Charlie Winburn
Executive Director Angela Phelps-White

**March 6, 2025**  *Date Mailed: 03/06/2025*

Dr. Airica Steed
31251 Ainsworth Drive
Pepper Pike, Ohio 44124

Sonja C. Rajki
2170 N. Saint James Parkway
Cleveland Heights, Ohio 44106

**LETTER OF DETERMINATION**
Dr. Airica Steed v. Sonja C. Rajki
CLEE4(010765)11052024

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, Charging Party requested a Notice of Right to Sue. As a result, the Commission is issuing a Notice of Right to Sue per Charging Party's request and administratively closing the case.

**DECISION:**
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

Charging Party only: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Vera F. Boggs*
Vera F. Boggs
Regional Director
vera.boggs@civ.ohio.gov

cc: Representatives for Charging Party:
    Todd C. Hicks, Esq.
    Ezio A. Listati, Esq.
    Elizabeth E. Collins, Esq.
    Thrasher Dinsmore & Dolan, LPA
    1282 West 58th Street
    Cleveland, Ohio 44102

Representative for Respondent:
Adrian D. Thompson, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

# EXHIBIT A

## OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Vernon Sykes
Charlie Winburn



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging Party,** | )<br>) |
| Dr. Airica Steed | )<br>) |
| v. | )    **Charge No.** CLEE4(010765)11052024<br>) |
| **Respondent,** | )<br>) |
| Sonja C. Rajki | )<br>)<br>) |

### NOTICE OF RIGHT TO SUE

    Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

FOR THE COMMISSION

*Vera F. Boggs*
Vera F. Boggs
Cleveland Regional Director
615 W. Superior Ave., Suite 885
Cleveland, OH 44113
(216) 787-3150

Date mailed: **March 6, 2025**

**EXHIBIT A**



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Vernon Sykes | Charlie Winburn
Executive Director Angela Phelps-White

**March 6, 2025**  *Date Mailed: 03/06/2025*

Dr. Airica Steed  Tamiyka Rose
31251 Ainsworth Drive  1161 Deepwood Drive
Pepper Pike, Ohio 44124  Macedonia, Ohio 44056

## LETTER OF DETERMINATION
Dr. Airica Steed v. Tamiyka Rose
CLEE4(010747)11052024

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, Charging Party requested a Notice of Right to Sue. As a result, the Commission is issuing a Notice of Right to Sue per Charging Party's request and administratively closing the case.

**DECISION:**
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

Charging Party only: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

CLEVELAND REGIONAL OFFICE | 615 W. Superior Avenue, Suite 885, Cleveland, OH 44113
PHONE: 216-787-3150 | TOLL FREE: 1-888-278-7101
TTY: 800-750-0750 English | 888-269-0678 Spanish
www.civ.ohio.gov

FOR THE COMMISSION,

*Vera F. Boggs*
Vera F. Boggs
Regional Director
vera.boggs@civ.ohio.gov

cc:  Representatives for Charging Party:     Representative for Respondent:
     Todd C. Hicks, Esq.                                         Adrian D. Thompson, Esq.
     Ezio A. Listati, Esq.                                         Taft Stettinius & Hollister LLP
     Elizabeth E. Collins, Esq.                              200 Public Square, Suite 3500
     Thrasher Dinsmore & Dolan, LPA                Cleveland, Ohio 44114-2302
     1282 West 58th Street
     Cleveland, Ohio 44102

# EXHIBIT A

## OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Valerie A. Lemmie – Chair
Lori Barreras
William W. Patmon, III
Vernon Sykes
Charlie Winburn



Angela Phelps-White,
Executive Director

---

**Charging Party,**    )
    )
    Dr. Airica Steed    )
    )
v.    )    **Charge No.** CLEE4(010747)11052024
    )
**Respondent,**    )
    )
    Tamiyka Rose    )
    )

---

### NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*Vera F. Boggs*
Vera F. Boggs
Cleveland Regional Director
615 W. Superior Ave., Suite 885
Cleveland, OH 44113
(216) 787-3150

Date mailed: **March 6, 2025**

**EXHIBIT A**



# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Valerie A. Lemmie, Chair | Lori Barreras | William Patmon, III | Vernon Sykes | Charlie Winburn
Executive Director Angela Phelps-White

**March 6, 2025**                                             *Date Mailed: 03/06/2025*

Dr. Airica Steed                                              Ezelle H. Walker
31251 Ainsworth Drive                                         4005 SOM Center Road
Pepper Pike, Ohio 44124                                       Moreland Hills, Ohio 44022

**LETTER OF DETERMINATION**
Dr. Airica Steed v. Ezelle H. Walker
CLEE4(010757)11052024

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

Prior to the conclusion of the investigation, Charging Party requested a Notice of Right to Sue. As a result, the Commission is issuing a Notice of Right to Sue per Charging Party's request and administratively closing the case.

**DECISION:**
The Commission **ADMINISTRATIVELY CLOSES** this matter and orders the case **DISMISSED**.

Charging Party only: Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

*Vera F. Boggs*
Vera F. Boggs
Regional Director
vera.boggs@civ.ohio.gov

cc: <u>Representatives for Charging Party</u>:
    Todd C. Hicks, Esq.
    Ezio A. Listati, Esq.
    Elizabeth E. Collins, Esq.
    Thrasher Dinsmore & Dolan, LPA
    1282 West 58th Street
    Cleveland, Ohio 44102

<u>Representative for Respondent</u>:
Adrian D. Thompson, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302