IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AIRICA STEED | ) | CASE NO. 1:25 CV 443 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **PETER C. MAPLEY AS COUNSEL** |
| THE METROHEALTH SYSTEM, *et al.* | ) | **FOR PLAINTIFF AIRICA STEED** |
| | ) | |
| Defendants. | ) | |

Please take notice that the undersigned, Peter C. Mapley, hereby notices his appearance as counsel for Plaintiff Airica Steed. The status of attorneys Todd C. Hicks, Ezio A. Listati, and Elizabeth E. Collins as counsel for Plaintiff is unchanged.

Respectfully submitted,

*s/ Peter C. Mapley*
Peter C. Mapley (0092359)
**SOBEL, WADE & MAPLEY, LLC**
65 Erieview Plaza, #610
Cleveland, Ohio 44114
(216) 223-7213
mapley@swmlawfirm.com

*An Attorney for Plaintiff Airica Steed*

## CERTIFICATE OF SERVICE

 I certify that the foregoing is being filed this 11th day of April 2025 via the Court's electronic filing system and that notice upon all parties will be effectuated by operation thereof.

 *s/ Peter C. Mapley*
 Peter C. Mapley (0092359)