UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AIRICA STEED, | ) | CASE NO. 1:25 CV 443 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | **PLAINTIFF'S PRELIMINARY BUDGET** |
| | ) | |
| METROHEALTH SYSTEM, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's order of May 22, 2025, Plaintiff files the following preliminary estimate of attorney's fees and costs associated with this action.

| **Attorney's Fees** | | **Costs** | |
|---|---|---|---|
| Preliminary Investigation/Filing Complaint | $150,000.00 | Depositions | $150,000.00 |
| Procedural Motions Practice | $7,500.00 | Experts | $50,000.00 |
| Discovery | $100,000.00 | Witness Fees | $500.00 |
| | | | |
| Dispositive Motions Practice | $48,000.00 | Other | $406.00 |
| Settlement Negotiations | $8,000.00 | | |
| Trial | $240,000.00 | | |
| **Total Fees** | **$553,500.00** | **Total Costs** | **$200,906.00** |

Respectfully submitted,

 *s/ Peter C. Mapley*
Peter C. Mapley (0092359)
SOBEL, WADE & MAPLEY, LLC
65 Erieview Plaza, #610
Cleveland, Ohio 44114
(216) 223-7213
mapley@swmlawfirm.com

*An Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that the foregoing is being filed this 29th day of June 2025 via the Court's

electronic filing system and that service upon all parties will be effectuated by operation thereof.


s/ Peter C. Mapley
Peter C. Mapley (0092359)

2