**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AIRICA STEED, ED.D.** | ) | **CASE NO. 1:25-CV-00443-PAB** |
| | ) | |
| **Plaintiff,** | ) | **Judge Pamela A. Barker** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **METROHEALTH SYSTEM, ET AL.,** | ) | **DEFENDANT THE METROHEALTH** |
| | ) | **SYSTEM'S PRELIMINARY ESTIMATE/** |
| **Defendants.** | ) | **BUDGET OF AMOUNT OF FEES AND** |
| | ) | **EXPENSES ANTICIPATED** |
| | ) | |

The following is a preliminary estimate and/or budget of Defendant, The MetroHealth

System's attorneys' fees and costs anticipated to be the subject of a claim in this case.

**Litigation Estimates**

| | | |
|---|---|---|
| 1. | Preliminary Investigation, Filing Answer and Counterclaims: | $250,000 |
| 2. | Procedural Motion Practice: | $50,000 |
| 3. | Discovery:[1] | $700,000 |
| 4. | Dispositive Motions Practice: | $100,000 |
| 5. | Settlement Negotiations: | $20,000 |
| 6. | Trial:[2] | $400,000 |

| | |
|---|---|
| **Litigation Estimates:** | **$1,520,000** |

**Expense/Cost Estimates**

| | | |
|---|---|---|
| 1. | Experts: | $100,000 |
| 2. | Witness Fees[3]: | $25,000 |
| 3. | Juror Fees: | Undetermined |
| 4. | Other: | $50,000 |

| | |
|---|---|
| **Expense/Cost Estimates:** | **$175,000** |
| **TOTAL:** | **$1,695,000** |

---

[1] Includes paper discovery, eDiscovery costs, approximately 30 depositions, transcripts, discovery disputes.
[2] Includes preparation of exhibits and trial presentation demonstratives and other trial-related expenses.
[3] Includes expert witness trial fees.

1

Dated: June 30, 2025

Respectfully submitted,

*/s/ Adrian D. Thompson*

Adrian D. Thompson (0036742)
athompson@taftlaw.com
John R. Mitchell (0066759)
jmitchell@taftlaw.com
Philip Williamson (0097174)
pwilliamson@taftlaw.com
Allison McFarland (MA703697)
amcfarland@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Phone: (216) 706-3912
Facsimile: (216) 241-3707

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2025, a copy of the foregoing was filed with the Court via the electronic filings system.

*/s/ Adrian D. Thompson*
Adrian D. Thompson (0036742)

*One of the Attorneys for Defendant,*
*The MetroHealth System*